1
2
3
4

# UNITED STATES DISTRICT COURT

5

### EASTERN DISTRICT OF CALIFORNIA

6
7

JASON E. PELLUM, SR.,

8
9

          Plaintiff,

   v.

10

COMMUNITY BEHAVIORAL HEALTH CENTER,

11

          Defendant.

12

_____/

Case No.  1:14-cv-00048-AWI-SKO

**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER**

13
14

     On January 14, 2014, Plaintiff Jason E. Pellum, Sr. ("Plaintiff"), proceeding pro se, filed a

15 complaint with this Court.  Plaintiff has not paid the $400.00 filing fee, nor has he submitted an

16 application to proceed in forma pauperis pursuant to Title 28 of the United States Code section

17 1915.

18      Accordingly, IT IS HEREBY ORDERED that:

19      **Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the

20 attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he

21 shall pay the $400.00 filing fee for this action.  No requests for extension will be granted without a

22 showing of good cause.  Failure to comply with this order will result in a recommendation that this

23 action be dismissed.

24
25

IT IS SO ORDERED.

26   Dated:   **January 16, 2014**           **/s/ Sheila K. Oberto**

                                        UNITED STATES MAGISTRATE JUDGE

27
28