# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. PELLUM, SR., | Case No. 1:14-cv-00048-AWI-SKO |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COMMUNITY BEHAVIORAL HEALTH CENTER, | |
| Defendant. | (Doc. 2) |

Plaintiff Jason E. Pellum, Sr., proceeding pro se, filed this action on January 14, 2014. On January 16, 2014, the Court issued an order requiring Plaintiff to either pay the $400.00 filing fee in full or file an application to proceed in forma pauperis on the form provided with the order, within thirty (30) days. More than thirty (30) days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order. (Doc. 2.)

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

///

1 | Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for
2 | failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   February 27, 2014

SENIOR DISTRICT JUDGE